UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
LINDA FLINT,                                          :
                                                      :
                    Plaintiff,                        :
                                                      :     Civil Action No. 05-2405 (JAG)
          v.                                          :
                                                      :                  **ORDER**
HUDSON MILESTONES and                                 :
DEBORAH LORENZETTI,                                   :
                                                      :
                    Defendants.                       :
---------------------------------------------------------X

**GREENAWAY, JR., U.S.D.J.**

This matter having come before this Court on the objections of Plaintiff Linda Flint ("Plaintiff"), to Magistrate Judge G. Donald Haneke's August 11, 2005 Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein he recommended that this Court deny Plaintiff's motion to remand (Docket No. 4); and it appearing that a Magistrate Judge's recommended disposition of a dispositive motion is subject to de novo review, In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b); and this Court having reviewed the parties' submissions under the appropriate de novo standard; and good cause appearing,

IT IS on this 10th day of February 2006,

ORDERED that Magistrate Judge Haneke's R&R is adopted as the Opinion of this Court; and

IT IS FURTHER ORDERED that Plaintiff's motion to remand (Docket No. 4) is DENIED; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.